IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Plummer, Carlotta R

Printed: 11/6/07

Case Number: 07 B 12393
Judge: Wedoff, Eugene R
Filed: 7/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 20, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 434.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 410.56 |
| Trustee Fee: |  | 23.44 |
| Other Funds: |  | 0.00 |
| Totals: | 434.00 | 434.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | John C Jahrling Esq | Administrative | 1,774.00 | 410.56 |
| 2. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 3. | GRP Financial Services Corporation | Secured | 20,417.25 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 0.00 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 109.43 | 0.00 |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | Nicor Gas | Unsecured |  | No Claim Filed |
| 9. | Payday Loan | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 22,300.68 | $ 410.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 23.44 |
|  | _____ |
|  | $ 23.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Plummer, Carlotta R

Printed: 11/6/07

Case Number: 07 B 12393
Judge: Wedoff, Eugene R
Filed: 7/11/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)